UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| MID CONTINENT NAIL CORPORATION, et al. | |
| Plaintiffs, | |
| v. | Court No. 08-00224 |
| UNITED STATES, | |
| Defendant. | |
| MID CONTINENT NAIL CORPORATION, et al. | |
| Plaintiffs, | |
| v. | |
| UNITED STATES, | Court No. 08-00225 |
| Defendant, | |
| and | |
| ILLINOIS TOOL WORKS, INC. and PASLODE FASTENERS (SHANGHAI) CO., LTD., | |
| Defendant-Intervenors. | |

## ORDER

Oral argument in the above-captioned cases is scheduled for January 13, 2010, at 11:00 a..m. at the United States Court of International Trade, One Federal Plaza, Courtroom 2, New York, New York.

/S/   Jane A. Restani
Chief Judge

Dated this 23rd of November, 2009.
New York, New York.

## NOTICE OF ENTRY AND SERVICE

This is a notice that an order of judgment was entered in the docket of this action, and was served upon the parties on the date shown below.

Service was made by depositing a copy of this order or judgment, together with any papers required by USCIT Rule 79(o), in a securely closed endorsed penalty cover in a United States mail receptacle at One Federal Plaza, New York, New York 10278 and addressed to the attorney of record for each party at the address on the official docket in this action, except that service upon the United States was made by personally delivering a copy to the Attorney-In-Charge, International Trade Field Office, Civil Division, United States Department of Justice, 26 Federal Plaza, New York, New York 10278 or to a clerical employee designated, by the Attorney-In-Charge in a writing filed with the clerk of the court.

Date: 11/24/09

Tina Potito Kimble
Clerk of the Court

By: _____
Deputy Clerk